No. 2824. BALBUENA, APELADO, *v.* VIGO, APELANTE.—Corte de Distrito de Humacao. Cobro de dinero. Resuelto en julio 27, 1922. Vista la moción sobre desestimación de apelación y la certificación que se se acompaña así como el alegato en apoyo de la moción, sin que se haya formulado oposición por la parte contraria, se declara con lugar y se desestima la apelación.

No. 2551. PÉREZ HERMANOS, APELANTE, *v.* ARENAS, APELADO.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en julio 27, 1922, Cobro de cuenta. Vistos los autos de este caso así como los fundamentos de la resolución que sirvió de base a la sentencia apelada y por los fundamentos de los casos *Giménez v. Alfonso,* 29 D. P. R. 332, y *Armstrong & Co. v. Irizarry,* 29 D. P. R. 606, se revoca la sentencia y se ordena un nuevo juicio.